DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EARL DEAN LILLY, JR.,**
Appellant,

v.

**CITY OF RIVIERA BEACH,**
Appellee.

No. 4D21-775

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2019-CA-002290-XXXX-MB.

Earl Dean Lilly, Jr., Hartly, Delaware, pro se.

Victoria L. Olds of Olds & Stephens, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***